IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

PARKER, BRANDY ANN,

Debtor(s).

Case No. 08-13549 WV

Chapter 7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

The undersigned Trustee, pursuant 11 U.S.C. §347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure, reports to the Court Clerk that the check(s) for the referenced creditor(s) were returned uncashed, therefore the following are dividends in an amount over $5.00 and should be treated in the same matter as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Claim No. 6<br>Check No. 109<br>OU Physicians<br>C/o American Collection Services<br>3100 SW 59th Street<br>Oklahoma City, OK 73119 | $38.50 |

A check made payable to the U.S. Bankruptcy Court in the total amount of $38.50, will be deposited with the clerk as unclaimed funds.

DATE: June 23, 2010

/s/ John Mashburn
John Mashburn, Trustee
Heritage Plaza, Suite 105
13800 Benson Road
Edmond, OK  73013-6422
(405) 286-2600